No. 68.  SAMUEL B. HARTMAN, PETITIONER, *v.* JOHN D. PARK & SONS COMPANY.   On writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit.   December 21, 1908.   Dismissed with costs, on motion of counsel for the petitioner.   *Mr. Frank F. Reed* for petitioner.   *Mr. Wm. J. Shroder* and *Mr. Alton B. Parker* for respondent.

---

No. 79.  BESSIE E. STEPP ET AL., APPELLANTS, *v.* THE CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY.   Appeal from the Circuit Court of the United States for the Western District of Missouri.   January 4, 1909.   Dismissed per stipulation.   *Mr. William C. Scarritt* for appellants.   *Mr. M. A. Low* for appellee.

---

No. 251.  CUMBERLAND TELEPHONE & TELEGRAPH COMPANY, APPELLANT, *v.* CITY OF LOUISVILLE, KENTUCKY.   Appeal from the Circuit Court of the United States for the Western District of Kentucky.   January 4, 1909.   Dismissed with costs, on motion of counsel for appellant.   *Mr. David W. Fairleigh* for appellant.   No appearance for appellee.